No. 213. UNITED STATES *v.* ZUCCA, ALIAS SARNI. C. A. 2d Cir. Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States. *Orrin G. Judd* and *Earle K. Moore* for respondent.

No. 231. HATAHLEY ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. *Norman M. Littell, Laurence A. Davis* and *Marvin J. Sonosky* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 56. MURDOCK ACCEPTANCE CORP. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *T. H. Watkins, Elizabeth Hulen Grayson, W. H. Watkins* and *P. H. Eager* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 66. RIVERBANK LABORATORIES *v.* HARDWOOD PRODUCTS CORP. C. A. 7th Cir. Certiorari granted. *Jack H. Oppenheim* and *Philip B. Kurland* for petitioner. *David A. Fox, Gerrit P. Groen* and *Roger Sherman Hoar* for respondent.

No. 105. THOMPSON *v.* COASTAL OIL CO. C. A. 3d Cir. Certiorari granted. *Silas Blake Axtell* and *Charles A. Ellis* for petitioner. *Michael E. Hanrahan* for respondent.

No. 110. CAMMER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Charles E. Ford* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General*